ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK [C.S.B.N. 131517]
Special Untied States Attorney
333 Market St., Suite 1500
San Francisco, CA  94105
Telephone: 415-977-8935
Facsimile: 415-744-0134
E-mail: Jean.Turk@ssa.gov
Attorney for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANGELA GALVAN, ) | No.  CV 09-07876 VBK |
| ) | |
| Plaintiff, ) | <u>ORDER AWARDING EAJA FEES</u> |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner Of Social Security, ) | |
| ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 ($3,700.00) subject to the terms of the accompanying stipulation.

DATE: September 07, 2010      _____/s/_____

HON. VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE